IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANA SANCHEZ-REYES**, on behalf of herself and all other employees similarly situated, known and unknown, | |
| Plaintiff, | No.  12 CV 1949 |
| v. | Judge Zagel |
| **A&R SCREENING, LLC**, an Illinois not-for-profit corporation, and **JO-ELLEN DORZANO**, individually, | Magistrate Judge Gilbert |
| Defendants. | |

### NOTICE OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(i) and the parties' confidential settlement agreement, the plaintiff dismisses the captioned case with prejudice and without costs.

Respectfully submitted,

/s/Paul Luka
One of the Plaintiff's Attorneys

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street · Suite 400
Chicago, IL 60603
312.236.9825

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 9, 2012, he served a copy of this certificate and the attached document on all attorneys of record by causing them to be issued through the Court's Electronic Case Filing System in accordance with FRCP 5(b)(2)(D), and LR5.9 of the Northern District of Illinois.

/s/Paul Luka
One of the Plaintiff's Attorneys